UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>- against -<br><br>Approximately $1,279,943.96 formerly on deposit in Citibank Account 801639798, held in the name of "Impress Me Inc.," and all funds traceable thereto, including accrued interest,<br><br>                          Defendant-in-rem. | **ORDER**<br><br>19 Civ. 4563 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The funds at issue having been forfeited and remitted to the victim, the Clerk of Court is respectfully directed to close the case.

Dated: New York, New York
       July 13, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge